**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **4 H Capital Partners, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Big Dan's Furniture and Mattress** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  1 – 3  9  8  4  0  2  1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8146 Interchange Parkway**<br>Number    Street | **P. O. Box 78127**<br>Number    Street |
| | P.O. Box |
| **San Antonio**      **TX**    **78218**<br>City            State    ZIP Code | **San Antonio**      **TX**    **78278**<br>City            State    ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business** |
| | **17107 Fawn Brook**<br>Number    Street |
| | **San Antonio**      **TX**    **78248**<br>City            State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __4 H Capital Partners, LLC_____     Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **4 H Capital Partners, LLC** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

      District _____ When _____ Case number _____
                                         MM / DD / YYYY

      District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                         MM / DD / YYYY

      Case number, if known _____

      Debtor _____ Relationship _____

      District _____ When _____
                                         MM / DD / YYYY

      Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __4 H Capital Partners, LLC_____   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                             Number      Street

                             _____

                             _____  _____  _____
                             City                                State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

        Contact name        _____

        Phone               _____

---

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor __4 H Capital Partners, LLC_____     Case number (if known) _____

<table>
<tr><td colspan="2"></td></tr>
</table>

**■**    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on __12/26/2023____
                MM / DD / YYYY

        **X** **/s/ Daniel Haas**_____
          Signature of authorized representative of debtor

          **Daniel Haas**_____
          Printed name

          **Managing Member**_____
          Title

**18. Signature of attorney**
        **X** **/s/ Martin Seidler**_____    Date **12/26/2023**____
          Signature of attorney for debtor            MM / DD / YYYY

          **Martin Seidler**_____
          Printed name

          **Law Offices of Martin Seidler**_____
          Firm name

          **11107 Wurzbach**_____
          Number      Street

          **Suite 504**_____

          **San Antonio**_____     **TX**____    **78230-2592**____
          City                   State     ZIP Code

          **(210) 694-0300**_____     **Marty@Seidlerlaw.com**_____
          Contact phone                 Email address

          **18000800**_____     **TX**_____
          Bar number               State

**Fill in this information to identify the case:**

Debtor Name **4 H Capital Partners, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................ $0.00

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................. $0.00

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... $200,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F....................... + $291,581.82

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................. $491,581.82

**Fill in this information to identify the case**

Debtor name     **4 H Capital Partners, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                              12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:     Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
account number

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$0.00

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor     __4 H Capital Partners, LLC__                    Case number (if known) _____
           Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                    **$0.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = .............. → _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = .............. → _____
                       face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$0.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                   **$0.00**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor     **4 H Capital Partners, LLC**                                    Case number (if known) _____
           Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

                                                        **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

                                                        **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    <u>4 H Capital Partners, LLC</u>                              Case number (if known) _____
                Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| file server, 6 work stations, 10 monitors, 4 printers, 1 battery backup, 1 splitter | $5,000.00 | | Unknown |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **4 H Capital Partners, LLC**
Name

Case number (if known) _____

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **Website/domain names: "Big Dan's Furniture.com" et. al. www.bigdansfurniture.com** | $15,000.00 | | Unknown |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **customer list  (approx. 12,000 names)** | $5,000.00 | | Unknown |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.
$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor    __4 H Capital Partners, LLC_____        Case number (if known) _____
          Name

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                          | $0.00 |
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    **4 H Capital Partners, LLC**          Case number (if known) _____
          Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................. **$0.00**

**Fill in this information to identify the case:**

Debtor name __**4 H Capital Partners, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
**Small  Business Administration**

**Creditor's mailing address**
**801 Tom Martin Drive #120**
_____
_____
**Birmingham           AL    35211**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**furniture, fixtures & equipment**

**Describe the lien**

**Business debt / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $200,000.00 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $200,000.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>4 H Capital Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(____)

Debtor    __4 H Capital Partners, LLC_____    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check that apply.* | $120.20 |
|---|---|---|---|

__A-1 Fire & Safety_____

__203 E. Rhapsody Dr;_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__San Antonio_____ **TX**____ **78216**____    __maintenance_____

Date or dates debt was incurred    __2023_____

Last 4 digits of account number    __4__ __8__ __3__ __7__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

__A.G. Adjustments, Ltd._____

__740 Walt Whitman Rd._____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Melville_____ **NY**____ **11747**____    __Collecting for -  WOAI_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __2__ __A__ __G__ __A__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

__Bank of the West_____

__P. O. Box 8160_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Walnut Creek_____ **CA**____ **94596**____    __Forklift lease_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,637.00 |
|---|---|---|---|

__Bed Tech_____

__25 S. 51st Ave_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Phoenix_____ **AZ**____ **85043**____    __Inventory_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __1__ __0__ __7__ __3__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   __4 H Capital Partners, LLC_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,868.01 |

__Bexar County Tax Assessor__

__P. O. Box 839950__

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio__                    __TX__      __78283__

Basis for the claim:
__taxes__

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.20 |

__Blue Ribbon Staffing, LLC: SA Daily__

__P O Box 31001__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pasedena__                      __CA__      __91110__

Basis for the claim:
__employee staffing__

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __5__ __6__ __9__ __4__

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |

__Elements International Group, LLC__

__22250 Skyline Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Mesquite__                      __TX__      __75149__

Basis for the claim:
__Inventory__

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

__Haas,  Daniel and Daphna__

__17107 Fawn Brook__

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio__                   __TX__      __78248__

Basis for the claim:
__Loans to business exact amt undetermined__

Date or dates debt was incurred   __various__

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    __4 H Capital Partners, LLC_____      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$214,711.56

__Homeleglance_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__6704 Brasada Dr._____

_____

**Basis for the claim:**

__Houston_____TX____77085_____

__Inventory_____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

__Internal Revenue Service_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Attn: Special Procedures Group_____

__300 E. 8th St., STOP 5022 AUS_____

_____

**Basis for the claim:**

__Austin_____TX____78701_____

__Notice Only_____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

__Kingdom Mattress_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__17920 S. Figueroa St._____

_____

**Basis for the claim:**

__Gardena_____CA____90248_____

__Inventory_____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

__Kingdom Mattress_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__320 S 66th St,_____

_____

**Basis for the claim:**

__Houston_____TX____77011_____

__Inventory_____

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

Debtor    <u>4 H Capital Partners, LLC</u>      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.13**   **Nonpriority creditor's name and mailing address**

<u>Podium/Hartford Ins.</u>

<u>1650  W. Digital</u>

<u>Lehi, UT  84043-</u>

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>insurance</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500.00**

---

**3.14**   **Nonpriority creditor's name and mailing address**

<u>Quill Office Supplies</u>

<u>100 Schelter Road</u>

<u>Lincolnshire</u>     <u>IL</u>    <u>60069</u>

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
<u>Disputed business debt</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

**3.15**   **Nonpriority creditor's name and mailing address**

<u>Sale Quick Credit Card Processing</u>

<u>606 Everett St.</u>

<u>Conroe</u>     <u>TX</u>    <u>77301</u>

Date or dates debt was incurred    <u>2023</u>

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
<u>Credit Card processing</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,406.00**

---

**3.16**   **Nonpriority creditor's name and mailing address**

<u>Sanitary Mattress Co.</u>

<u>P O Box 12609</u>

<u>Houston</u>     <u>TX</u>    <u>77217-2609</u>

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Purchase Inventory</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**$37,256.80**

Debtor   __4 H Capital Partners, LLC_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

__Small Business  Administration__

__2 North 20th St. Suite 320__

__Birmingham__          __AL__   __35203__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Loan__

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

__Small Business  Administration__

__14925 Kingspoint RD__

__Ft. Worth__          __TX__   __76155__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Loan__

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

__Stripe d/b/a Stripe Capital, Inc.__

__354 Oyster Point Blvd. South__

__San Francisco__          __CA__   __94080__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
__Credit extended__

Is the claim subject to offset?
☒ No
☐ Yes

**$7,114.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

__The Hartford Business Ins.__

__P.O. Box 958461__

__Lake Mary__          __FL__   __32795__

Date or dates debt was incurred   __2023__

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
__insurance__

Is the claim subject to offset?
☒ No
☐ Yes

**$3,800.00**

Debtor __4 H Capital Partners, LLC_____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |

**Valero Fleet**_____

**P O Box 639**_____

_____

**Portland**_____**ME**___**04104**_____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**     _3_  _1_  _5_  _1_

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Credit Card**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,018.05**

Debtor    <u>4 H Capital Partners, LLC</u>                          Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Barnett Garcia, PLLC/WOAI**
      **3621 Juniper Trac, #106**

      **Austin                TX       78738**

Line _____

☑ Not listed.  Explain:
   **Collecting for - WOAI**

<u>9</u>  <u>0</u>  <u>0</u>  <u>1</u>

**4.2**  **Bexar Appraisal District**
      **P.O. Box 839946**

      **San Antonio            TX       78283-3946**

Line _____

☑ Not listed.  Explain:
   **taxes**

__ __ __ __

**4.3**  **Bexar County**
      **c/o Don Stecker**
      **112 E. Pecan St. #2200**

      **San Antonio            TX       78205**

Line _____

☑ Not listed.  Explain:
   **taxes**

__ __ __ __

**4.4**  **City Public Service**
      **P.O. Box 2678**

      **San Antonio            TX       78289**

Line _____

☑ Not listed.  Explain:
   **utilities**

__ __ __ __

**4.5**  **City Water Board**
      **2800 US Highway 281N**

      **San Antonio            TX       78212**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.6**  **Dumpster Rental Pros LLC**
      **3200 E. Frances Rd**

      **Clio                   MI       48420**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

Debtor     __4 H Capital Partners, LLC_____     Case number (if known) _____

## Part 3:     Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7** **Elements**
P O Box 676038

Dallas          TX     75267

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.8** **Internal Revenue Service**
**Special Procedures Insolvency Sec.**
**P.O. Box 7346**

Philadelphia          PA     19101

Line _____

☑ Not listed.  Explain:
**taxes**

__ __ __ __

**4.9** **Jorns and Associates**
**30 N. Gould St. #23809**

Sheridan          WY     82801

Line _____

☑ Not listed.  Explain:
**erc claim**

__ __ __ __

**4.10** **Quill Office Supplies**
**c/o A.G. Adjustments, Ltd.**
**740 Walt Whitman Road**

Melville          NY     11747

Line _____

☑ Not listed.  Explain:
**Collecting for - Quill Office Supplies**

__ __ __ __

**4.11** **Texas Attorney General**
**P.O. Box 12548**

Austin          TX     78711

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.12** **Texas Comptroller of Public Accounts**
**P.O. Box 13528**

Austin          TX     78711-3528

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.13** **Texas Comptroller of Public Accounts**
**PO Box 149357**

Austin          TX     78714-9357

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    __4 H Capital Partners, LLC__                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | __Texas Workforce Comm.(TEC)__ <br> __101 E 15 St.__ <br> <br> __Austin__          __TX__    __78778__ | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.15 | __The Hartford Business Ins.__ <br> __200 Colonial Parkway #500__ <br> <br> __Lake Mary__          __FL__    __32746__ | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.16 | __WOAI__ <br> __6222 W. Interstate 10__ <br> <br> __San Antonio__          __TX__    __78210__ | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **4 H Capital Partners, LLC**                               Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$291,581.82** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$291,581.82** |

**Fill in this information to identify the case:**

Debtor name __**4 H Capital Partners, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number (if known) _____     Chapter __**7**__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name __**4 H Capital Partners, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                            12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case and this filing:**

Debtor Name    __4 H Capital Partners, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number
(if known)      _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule    _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/26/2023__          X __/s/ Daniel Haas_____
        MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                     **Daniel Haas**_____
                                     Printed name
                                     **Managing Member**_____
                                     Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name  **4 H Capital Partners, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From **01/01/2023** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,546,762.00** |
| For prior year: | From **01/01/2022** to<br>MM / DD / YYYY | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,216,468.00** |
| For the year before that: | From **01/01/2021** to<br>MM / DD / YYYY | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,228,272.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **Varioius payments made to creditors**<br>Creditor's name<br>**in the ordinary course of business**<br>Street<br><br>_____<br>City          State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **4 H Capital Partners, LLC**      Case number (if known) _____
     Name

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

 List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

 ☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Haas** | **various** | **$20,100.00** | **repayment of various advances** |
| Insider's name | | | **from Jan to Oct. 2023 subject to** |
| **17107 Fawn Brook** | | | **setoff by $101,259.40 paid to or** |
| Street | | | **on behalf of the debtor, in terms** |
| | | | **of subsequent advances. See** |
| **San Antonio** **TX** **78248** | | | **response to #30 below.** |
| City  State  ZIP Code | | | |
| Relationship to debtor | | | |
| **Managing member** | | | |

**5.** **Repossessions, foreclosures, and returns**

 List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

 ☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Lone Star Truck & Equipment** | **2 trucks** | **10/23** | |
| Creditor's name | | | |
| Street | | | |
| **San Antonio** **TX** | | | |
| City  State  ZIP Code | | | |

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.2. **Bank of the West** | **Huyandai propane forklift** | **10/23** | **$20,000.00** |
| Creditor's name | | | |
| Street | | | |
| City  State  ZIP Code | | | |

| Debtor | **4 H Capital Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Martin Seidler** | | **10/22/23** | **$2,250.00** |
| | **Address** | | | |
| | **11107 Wurzbach** | | | |
| | Street | | | |
| | **Suite 504** | | | |
| | **San Antonio**          **TX**      **78230-2592** | | | |
| | City                               State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

Debtor    **4 H Capital Partners, LLC**         Case number (if known) _____
<br>Name

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Law Offices of Martin Seidler** | | **12/10/23** | **$2,000.00** |

**Address**

**11107 Wurzbach Rd. #504**
<br>Street

**San Antonio**     **TX**    **78230**
<br>City            State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**
<br>**Daniel Haas**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Law Offices of Martin Seidler** | | **11/30/23** | **$250.00** |

**Address**

**11107 Wurzbach Rd. #504**
<br>Street

**San Antonio**     **TX**    **78230**
<br>City            State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**
<br>**Daniel Haas**

**12.**   **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
<br>Do not include transfers already listed on this statement.

☑ None

Debtor    __4 H Capital Partners, LLC_____    Case number (if known) _____
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | | | **Dates of occupancy** | | |
|---|---|---|---|---|---|
| 14.1. __5510 Brewster St._____ | | | From __2021__ | | To __2023__ |
| Street | | | | | |
| __San Antonio_____ | __TX__ | __78233__ | | | |
| City | State | ZIP Code | | | |

| **Address** | | | **Dates of occupancy** | | |
|---|---|---|---|---|---|
| 14.2. __8146 Interchange Parkway__ | | | From __2016__ | | To __2023__ |
| Street | | | | | |
| __San Antonio_____ | __TX__ | __78218__ | | | |
| City | State | ZIP Code | | | |

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor    **4 H Capital Partners, LLC**      Case number (if known) _____
       Name

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1. Broadway Bank**<br>Name<br>**Loop 410**<br>Street<br><br>**San Antonio**    **TX**<br>City    State   ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/2023** | **$0.00** |
| **18.2. Broadway Bank**<br>Name<br>**Loop 410**<br>Street<br><br>**San Antonio**    **TX**<br>City    State   ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/23** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor   __4 H Capital Partners, LLC__                     Case number (if known) _____
     Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| __Storage warehouse__<br>Name<br>__5510 Brewster St.__<br>Street<br><br>__San Antonio___ __TX___ __78233__<br>City    State  ZIP Code | n/a<br><br>**Address**<br>n/a | **none - former warehouse for inventory/premises returned to landlord in 2023** | ☒ No<br>☐ Yes |
| __Big Dan's Furniture and Mattress__<br>Name<br>__8146 Interchange Parkway__<br>Street<br><br>__San Antonio___ __TX___ __78218__<br>City    State  ZIP Code | landord leased to new tenant<br><br>**Address**<br>**8146 Interchange Parkway**<br>**San Antonio, TX 78218** | **none. Former store location. Closed  and vacated 11/23.** | ☒ No<br>☐ Yes |
| __Debtor's managing member's home__<br>Name<br>__17107 Fawn Brook__<br>Street<br><br>__San Antonio___ __TX___ __78248__<br>City    State  ZIP Code | Daniel and Daphna Haas<br><br>**Address**<br>**17107 Fawn Brook**<br>**San Antonio, Texas 72848** | **computers and corporate records** | ☒ No<br>☐ Yes |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| __Dumpster Rental Pros__<br>Name<br>__3200 E. Frances Rd__<br>Street<br><br>__Clio___ __MI___ __48420__<br>City    State  ZIP Code | **8146 Interchange Parkway**<br><br>__San Antonio___ __TX___ __78218__ | **dumpster  (unknown whether the dumpster company has pickued up its dumpster prior to filing)** | _____ |

Debtor      **4 H Capital Partners, LLC**_____      Case number (if known) _____
          Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **4 H Capital Partners, LLC d/b/a Big Dan's Funiture**<br>Name<br>**8146 Interchange Parkway**<br>Street<br><br>**San Antonio**  **TX**  **78218**<br>City  State  ZIP Code | **furniture sales** | Do not include Social Security number or ITIN.<br><br>EIN: **8** **1** – **3** **9** **8** **4** **0** **2** **1**<br><br>**Dates business existed**<br><br>From _____**2016**_____  To _____**2023**_____ |

26.  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Cloud Bookkeeping**<br>Name<br>**2915 W. Bitters Rd. #115**<br>Street<br><br>**San Antonio**  **TX**  **78248**<br>City  State  ZIP Code | From _____**2020**_____  To _____**2023**_____ |

Debtor   **4 H Capital Partners, LLC**                                              Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

      ☑ No.

      ☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Haas** | **17107 Fawn Brook**<br>**San Antonio, TX 78248** | **Member** | **50%** |
| **Daphna Haas** | **17107 Fawn Brook**<br>**San Antonio, TX 78248** | **Member** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

      ☑ No

      ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

      ☐ No

      ☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dainel Haas/Daphna Haas**<br><sub>Name</sub><br>**17107 Fawn Brook**<br><sub>Street</sub><br><br>**San Antonio        TX    78248**<br><sub>City                State   ZIP Code</sub><br><br>**Relationship to debtor**<br>**managing member** | **reimb**<br>**$20,100.00** | **various from Jan to Oct. 2023.** | **reimbursement** |

Debtor  **4 H Capital Partners, LLC**                                            Case number (if known)

Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

---

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/26/2023**
            MM / DD / YYYY

**X** **/s/ Daniel Haas**                             Printed name   **Daniel Haas**

     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☑ No
- ☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **4 H Capital Partners, LLC**

Case No. _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$4,500.00**

Prior to the filing of this statement I have received........................................................ **$4,500.00**

Balance Due............................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify)
**Debtor $2250.00, Daniel Haas $2250.00**

3. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __12/26/2023__ | /s/ Martin Seidler | |
|---|---|---|
| *Date* | *Martin Seidler* | Bar No.  18000800 |
| | Law Offices of Martin Seidler | |
| | 11107 Wurzbach | |
| | Suite 504 | |
| | San Antonio, TX  78230-2592 | |
| | Phone: (210) 694-0300 / Fax: (210) 690-9886 | |

---

/s/ Daniel Haas

*Daniel Haas*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **4 H Capital Partners, LLC**                                      CASE NO

                                                                                        CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/26/2023                                          Signature  **/s/ Daniel Haas**
                                                                                 ***Daniel Haas***
                                                                                 ***Managing Member***

Date  _____          Signature  _____

A-1 Fire & Safety
203 E. Rhapsody Dr;
San Antonio, TX  78216


A.G. Adjustments, Ltd.
740 Walt Whitman Rd.
Melville, NY 11747


Bank of the West
P. O. Box 8160
Walnut Creek, CA  94596


Barnett Garcia, PLLC/WOAI
3621 Juniper Trac, #106
Austin, TX  78738


Bed Tech
25 S. 51st Ave
Phoenix, AZ  85043


Bexar Appraisal District
P.O. Box 839946
San Antonio, TX 78283-3946


Bexar County
c/o Don Stecker
112 E. Pecan St. #2200
San Antonio, Texas 78205


Bexar County Tax Assessor
P. O. Box 839950
San Antonio, Texas  78283


Blue Ribbon Staffing, LLC: SA Daily
P O Box 31001
Pasedena, CA  91110

City Public Service
P.O. Box 2678
San Antonio, TX 78289


City Water Board
2800 US Highway 281N
San Antonio, Texas  78212


Dumpster Rental Pros LLC
3200 E. Frances Rd
Clio, MI  48420


Elements
P O Box 676038
Dallas, TX  75267


Elements International Group, LLC
22250 Skyline Drive
Mesquite, TX  75149


Haas,  Daniel and Daphna
17107 Fawn Brook
San Antonio, Texas 78248


Homeleglance
6704 Brasada Dr.
Houston, TX  77085


Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


Internal Revenue Service
Special Procedures Insolvency Sec.
P.O. Box 7346
Philadelphia, PA 19101

```
Jorns and Associates
30 N. Gould St. #23809
Sheridan, WY.  82801


Kingdom Mattress
17920 S. Figueroa St.
Gardena, California 90248


Kingdom Mattress
320 S 66th St,
Houston, TX 77011


Podium/Hartford Ins.
1650  W. Digital
Lehi, UT  84043-


Quill Office Supplies
100 Schelter Road
Lincolnshire, IL 60069


Quill Office Supplies
c/o A.G. Adjustments, Ltd.
740 Walt Whitman Road
Melville, NY 11747


Sale Quick Credit Card Processing
606 Everett St.
Conroe, TX 77301


Sanitary Mattress Co.
P O Box 12609
Houston, TX  77217-2609


Small  Business Administration
801 Tom Martin Drive #120
Birmingham, AL  35211
```

Small Business  Administration
2 North 20th St. Suite 320
Birmingham, AL  35203


Small Business  Administration
14925 Kingspoint RD
Ft. Worth, TX  76155


Stripe d/b/a Stripe Capital, Inc.
354 Oyster Point Blvd. South
San Francisco, CA 94080


Texas Attorney General
P.O. Box 12548
Austin, Texas 78711


Texas Comptroller of Public Accounts
PO Box 149357
Austin, TX 78714-9357


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


Texas Workforce Comm.(TEC)
101 E 15 St.
Austin, TX 78778


The Hartford Business Ins.
200 Colonial Parkway #500
Lake Mary, FL  32746


The Hartford Business Ins.
P.O. Box 958461
Lake Mary, FL  32795

U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205


Valero Fleet
P O Box 639
Portland, ME  04104


WOAI
6222 W. Interstate 10
San Antonio, TX  78210